CO-386-online
10/03

# United States District Court
# For the District of Columbia

Jeanette Cooper, Jeramia Cooper, )
Jasmyne Cooper and John Lillard )
)
)
            Plaintiff )   Civil Action No._____
vs )
)
Farmers New Century Insurance )
Company )
)
            Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Farmers New Century Insurance Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Farmers New Century Insurance Company__ which have any outstanding securities in the hands of the public:

Illinois Farmers Insurance Company owns Farmers New Century Insurance Company.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Robert W. Hesselbacher/crh_
Signature

414412
BAR IDENTIFICATION NO.

Robert W. Hesselbacher, Jr.
Print Name

100 N. Charles St., 16th Floor
Address

Baltimore, MD  21201-3812
City     State     Zip Code

(410) 659-1317
Phone Number