UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANETTE COOPER<br>JERAMIA COOPER<br>JASMYNE COOPER<br><br>and<br><br>JOHN LILLARD<br><br>v.<br><br>FARMERS NEW CENTURY INSURANCE COMPANY | NO. 1:08-cv-00844<br>Assigned to: Kollar-Kotelly, Colleen<br>Assign date: 5/15/08<br>Description: Contract |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of Defendant, Farmers New Century Insurance Company, in the above-captioned matter.

                                **NELSON LEVINE de LUCA & HORST, LLC**

                                **BY:** _s/Claudia D. McCarron_____
                                     CLAUDIA D. MCCARRON, ESQUIRE
                                     ATTORNEYS FOR DEFENDANT
                                     FARMERS NEW CENTURY INSURANCE
                                     COMPANY
                                     DC BAR NO. PA0027
                                     518 Township Line Road, Suite 300
                                     Blue Bell, PA 19422
                                     (215) 358-5138
                                     (215) 358-5101 fax
                                     cmccarron@nldhlaw.com

Dated: September 2, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANETTE COOPER**<br>**JERAMIA COOPER**<br>**JASMYNE COOPER**<br><br>    and<br><br>**JOHN LILLARD**<br><br>    v.<br><br>**FARMERS NEW CENTURY INSURANCE COMPANY** | NO. 1:08-cv-00844<br>Assigned to: Kollar-Kotelly, Colleen<br>Assign date: 5/15/08<br>Description: Contract |

## CERTIFICATE OF SERVICE

I, Claudia D. McCarron, Esquire, hereby certify that a true and correct copy of the Entry of Appearance was made on September 2, 2008, upon counsel listed below by United States Mail, postage prepaid.

>John F. Lillard, III, Esquire
>8 Loudon Lane
>Annapolis, MD 21401-9805

>**NELSON LEVINE de LUCA & HORST, LLC**

>**BY:**  s/Claudia D. McCarron
>CLAUDIA D. MCCARRON, ESQUIRE
>ATTORNEYS FOR DEFENDANT
>FARMERS NEW CENTURY INSURANCE
>COMPANY
>DC BAR NO. PA0027
>518 Township Line Road, Suite 300
>Blue Bell, PA 19422
>(215) 358-5138
>(215) 358-5101 fax
>cmccarron@nldhlaw.com

Dated: September 2, 2008